UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

LUCAS ERNESTO GARCIA JUAREZ,
Petitioner,

v.

CHRISTOPHER J. LAROSE, Senior Warden of Otay Mesa Detention Center; GREGORY J. ARCHAMBEAULT, Field Officer Director for the San Diego Immigration and Customs Enforcement Office; TODD LYONS, Acting Director of United States Immigration and Customs Enforcement; MARKWAYNE MULLIN, Secretary of the United States Department of Homeland Security; TODD BLANCHE, Acting Attorney General of the United States, acting in their official capacities,
Respondents.

Case No.: 3:26-cv-03991-LEK-MMP

**MINUTE ORDER DIRECTING THE ENTRY OF JUDGMENT**

Petitioner Lucas Ernesto Garcia Juarez ("Petitioner") filed a Verified Petition for Writ of Habeas Corpus ("Petition") on July 10, 2026. [Dkt. no. 1.] On August 10, 2026, this Court issued an order granting the Petition in part and denying it in part ("8/10 Order"). [Dkt. no. 6.] The 8/10 Order directed the respondents, identified in the Petition as Christopher J. LaRose, Senior Warden of Otay Mesa Detention Center; Gregory J. Archambeault, Field Officer Director for the San Diego Immigration and Customs Enforcement Office; Todd Lyons, Acting Director of United States Immigration and Customs Enforcement; Markwayne Mullin, Secretary of the United States

Department of Homeland Security ("DHS"); and Todd Blanche, Acting Attorney General of the United States, acting in their official capacities (collectively "Respondents"), to provide Petitioner with an individualized bond hearing consistent with the terms of the 8/10 Order within seven days. [Id. at 9.]

On August 17, 2026, Respondents filed the parties' Joint Status Report. [Dkt. no. 7.] The parties represented that a bond hearing was held in response to the 8/10 Order on August 14, 2026 and that Petitioner was granted bond. The parties also represented that DHS reserved the right to appeal the bond order and that DHS's deadline to appeal was September 14, 2026. See id. at 1. The September 14, 2026 deadline has passed.

In light of the parties' Joint Status Report, and the expiration of the September 14, 2026 deadline, there are no remaining issues in this case. The Clerk's Office is DIRECTED to enter judgment in favor of Petitioner pursuant to the 8/10 Order and to close this case immediately.

IT IS SO ORDERED.

DATED AT HONOLULU, HAWAII, September 24, 2026.

/s/ Leslie E. Kobayashi
Leslie E. Kobayashi
Senior U.S. District Judge

**LUCA ERNESTO GARCIA JUAREZ VS. CHRISTOPHER J. LAROSE ET AL.; CASE NO. 3:26-CV-03991-LEK-MMP; MINUTE ORDER DIRECTING THE ENTRY OF JUDGMENT**